[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1252.]

FRIEMOTH, ADMR., APPELLANT, *v.* FRUEHAUF TRAILER CORPORATION ET AL.;
TRAVELERS INDEMNITY COMPANY, APPELLEE.

[Cite as *Friemoth v. Fruehauf Trailer Corp.*, 2002-Ohio-1493.]

*Appeal dismissed as improvidently allowed—Certification of conflict dismissed as improvidently certified due to want of a conflict.*

(Nos. 01-810 and 01-811—Submitted February 27, 2002—Decided April 3, 2002.)

APPEAL from and CERTIFIED by the Court of Appeals for Allen County, No. 1-2000-78.

_____

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed in case No. 01-810.

{¶ 2} The certification of conflict in case No. 01-811 is dismissed, *sua sponte*, as having been improvidently certified; there is a want of a conflict.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

_____

*Gallon & Takacs Co., L.P.A.,* and *Kevin J. Boissoneault,* for appellant.

*Benesch, Friedlander, Coplan & Aronoff LLP, David W. Mellott, Edward J. Stoll, Jr.,* and *Mark D. Tucker*, for appellee.

_____